UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-58-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMAR ROUSE | ORDER |

Upon consideration of the Motion for Revocation [D.E. 75], Lamar Rouse's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of 16 months of imprisonment and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on the Government's uncontested factual proffer as to Violation 1, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

- Violation 1: Criminal Conduct (Grade A)

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for a period of 16 months, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 14th day of September, 2026.

LOUISE W. FLANGAN
United States District Judge